**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

GLORIA MENDEZ, et al.,
    Plaintiffs,

v.                                                                   No. SA-19-CV-01229-JKP-ESC

GONZABA MEDICAL GROUP, P.A.,
    Defendant.

## ORDER

Before the Court is *Plaintiffs' Unopposed Motion to Remand and Memorandum in Support*, ECF No. 34, in which Plaintiffs' seek an order of remand and represent that Defendant does not oppose remand to state court. On September 10, 2020, at the request of the parties, the Court dismissed with prejudice all claims between Plaintiffs and UnitedHealthcare Insurance Company and United HealthCare Services. *See* ECF No. 32. Plaintiffs' now contend that as a result of that order, this Court no longer has federal officer jurisdiction over this matter. *See* ECF No. 34 pars. 9-10. Having considered the motion, the record, and the relevant law, Court GRANTS the motion.

Accordingly, it is ORDERED this case is REMANDED to Bexar County, Texas, 407th Judicial District Court. The referral to the Magistrate Judge is WITHDRAWN. All other motions pending in this action are DENIED AS MOOT. The Clerk of Court shall effect the remand according to the usual procedure and close this case.

It is so ORDERED.

SIGNED this 15th day of October 2020.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE